IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
04 SEP -3 PM 2: 33
U.S. DISTRICT COURT
N.D. OF ALABAMA

BERT ALONZO SAYLOR,                 )
                                    )  **ENTERED**
        Plaintiff,                  )   SEP 03 2004
                                    )
    vs.                             )        Civil Action Number
                                    )           02-C-3092-M
                                    )
MAC   HOLCOMB   and   THE           )
ATTORNEY  GENERAL  OF  THE          )
STATE OF ALABAMA,                   )
                                    )
        Defendants.                 )


**MEMORANDUM OPINION**

The Court has considered the entire file in this action together with the Magistrate Judge's

Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's

Report and Recommendation is due to be adopted and approved.  The Court hereby adopts and

approves the findings and recommendation of the magistrate judge as the findings and conclusions

of the court. Consistent with that recommendation, the Court will dismiss this action with prejudice,

due to untimeliness.

An appropriate order will be entered.


DONE this _____ day of  September, 2004.

_____
Chief United States District Judge
U. W. Clemon

16